UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MARIO LOPEZ FLORES** | § | |
| | § | |
| *Petitioner*, | § | |
| v. | § | |
| | § | |
| **MARY DE ANDA-YBARRA,** *in her* | § | EP-25-CV-00614-DCG |
| *official capacity as* Field Office Director, | § | |
| U.S. Immigration and Customs Enforcement, | § | |
| El Paso Office, | § | |
| | § | |
| *Respondent*. | § | |

**ORDER SUSPENDING BRIEFING AND REQUIRING STATUS REPORT**

On December 11, 2025, the Court ordered Respondent to show cause by December 16, 2025 why the Court should not grant Petitioner Mario Lopez Flores's Amended Petition for a Writ of Habeas Corpus.[1]  On the day of the deadline, however, the parties jointly informed the Court of an intervening development that may moot these habeas proceedings entirely.[2]  The parties thus ask the Court to suspend briefing on the Amended Petition.[3]

---

[1] Order Show Cause, ECF No. 4, at 5.

[2] *See* Joint Advisory, ECF No. 5, at 1 ("On December 16, 2025, DHS filed a motion to dismiss removal proceedings because the NTA was improvidently issued.  The immigration court has yet to rule on the matter.  The parties anticipate that the immigration court is likely to grant the motion, and it will lead to the release of the petitioner.  This would in fact moot the entire petition.").

[3] *Id.*

The Court therefore **MODIFIES** its "Order to Show Cause" (ECF No. 4) insofar as it sets a December 16, 2025 deadline for Respondent to respond to the Amended Petition and a December 19, 2025 deadline for Petitioner to reply.[4]  The Court **SUSPENDS** those briefing deadlines barring further court order.[5]

In all other respects, the Order to Show Cause **REMAINS IN EFFECT**.[6]

By **December 23, 2025**, the parties **SHALL JOINTLY FILE** an update informing the Court regarding the status of Petitioner's immigration proceedings.  The Court will then take further action accordingly.

**So ORDERED and SIGNED this 16th day of December 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[4] *See* Order Show Cause at 5.

[5] Although the parties asked the Court to "suspend briefing on the matter *for at least 7 days*," Joint Advisory at 1 (emphasis added), the Court deems it more reasonable to simply suspend briefing indefinitely.

[6] *See* Order Show Cause at 5 (forbidding Respondent from "remov[ing] or deport[ing] Petitioner from the United States" or "transfer[ring] Petitioner to any facility outside the boundaries of the El Paso Division of the Western District of Texas[] until the Court orders otherwise or this case is closed").