UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MARIO LOPEZ FLORES** § | | |
| § | | |
| *Petitioner*, § | | |
| v. § | | |
| § | | |
| **MARY DE ANDA-YBARRA,** *in her* § | EP-25-CV-00614-DCG | |
| *official capacity as* Field Office Director, § | | |
| U.S. Immigration and Customs Enforcement, § | | |
| El Paso Office, § | | |
| § | | |
| *Respondent.* § | | |

**ORDER GRANTING HABEAS PETITION
AND ORDERING PETITIONER'S RELEASE**

Petitioner Mario Lopez Flores reports that "the Parties are in agreement that, assuming that no unforeseen circumstances emerge, it is only a matter of time before" the Immigration Judge presiding over Petitioner's removal proceedings grants the Department of Homeland Security's pending motion to dismiss those proceedings.[1] Petitioner thus moves for "an Order directing Respondent [Mary de Anda-Ybarra] to release Petitioner by . . . December 26, 2025."[2]

---

[1] Mot., ECF No. 7, at 1–2.

*See also* Joint Advisory, ECF No. 5, at 1 (jointly informing the Court that "DHS filed a motion to dismiss [Petitioner's] removal proceedings" on the ground that the Notice to Appear "was improvidently issued").

[2] Mot. at 2.

Petitioner's counsel certifies that she conferred with Respondent's counsel before filing that Motion, and that Respondent does not oppose it.[3]

Accordingly, the Court **GRANTS** "Petitioner's Unopposed Motion for Summary Issuance of the Writ of Habeas Corpus and Order Granting Release from Custody" (ECF No. 7).

The Court thereby **GRANTS** Petitioner's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" (ECF No. 1).

Respondent **SHALL RELEASE** Petitioner from custody by **December 26, 2025**.

There being nothing further to adjudicate in this case, the Court **CLOSES** the case.

**So ORDERED and SIGNED this 23rd day of December 2025.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

---

[3] *See id.* at 3 ("On December 23, 2025, undersigned counsel conferred with the Assistant United States Attorney, Fidel Esparaza III, via email. During this conferral, counsel discussed the relief requested in the motion, including the summary issuance of the writ of habeas corpus and Petitioner's release from custody. As a result of this conferral, [Respondent's counsel] has indicated that he does not oppose the relief requested in the motion.").